United States Bankruptcy Court
District of Puerto Rico

In re:
JOSE MISAEL MELECIO TORRES
Debtor

Case No. 11-05919-ESL
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0104-3 User: romoj Page 1 of 1 Date Rcvd: Jul 14, 2011
Form ID: pdf001 Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2011.

db +JOSE MISAEL MELECIO TORRES, PMB 209 BOX 2510, TRUJILLO ALTO, PR 00977-2510
smg DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140
smg FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192
smg PR DEPARTMENT OF LABOR, PRUDENCIO RIVERA MARTINEZ BLDG, 505 MUNOZ RIVERA AVENUE, 12 FLOOR, SAN JUAN, PR 00918
3256499 ASOCIACION EMPLEADOS ELA, PO BOX 364508, SAN JUAN, PR 00936-4508
3256502 BANCO POPULAR DE PR, PO BOX 363228, SAN JUAN, PR 00936-3228
3256501 BANCO POPULAR DE PR, PO BOX 70100, SAN JUAN, PR 00936-8100
3256503 DEPARTAMENTO DE HACIENDA, PO BOX 9024140, SAN JUAN, PR 00902-4140
3256504 ISLAND FINANCE, PO BOX 195369, SAN JUAN, PR 00919-5369
3256505 +SANTANDER, PO BOX 2199, SAN JUAN, PR 00960-2199
3256506 +SEARS, PO BOX 6189, SIOUX FALLS, SD 57117-6189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 14 2011 18:38:13 US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1938
3256500 E-mail/Text: carmene.rodriguez@bbvapr.com Jul 14 2011 18:37:43 BANCO BILBAO VIZCAYA ARGENTARIA, PO BOX 364745, SAN JUAN, PR 00936-4745

TOTAL: 2

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2011** **Signature:** Joseph Speetjens

**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:** Case No. ______

**MELECIO TORRES, JOSE MISAEL** Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/13/2011** ☐ AMENDED PLAN DATED: ______
☑ PRE ☐ POST-CONFIRMATION Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ ______ x ______ = $ ______
$ ______ x ______ = $ ______
$ ______ x ______ = $ ______
$ ______ x ______ = $ ______

TOTAL: $ **15,000.00**

Additional Payments:
$ ______ to be paid as a LUMP SUM within ______ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ______ x ______ = $ ______

PROPOSED BASE: $ **15,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,754.00**

Signed: ***/s/ JOSE MISAEL MELECIO TORRES***
Debtor

______
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ______
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ______ Cr. ______ Cr. ______
# ______ # ______ # ______
$ ______ $ ______ $ ______
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ______ Cr. ______ Cr. ______
# ______ # ______ # ______
$ ______ $ ______ $ ______
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ______ Cr. ______ Cr. ______
# ______ # ______ # ______
$ ______ $ ______ $ ______
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
5. ☐ Other:
6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ______
☐ Paid 100% / ☐ Other: ______
Cr. ______ Cr. ______ Cr. ______
# ______ # ______ # ______
$ ______ $ ______ $ ______
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Priority: $6,580.**
***Or as otherwise specified on proof of claim.**
**Late filed claims filed by creditors will receive no distribution.**
**"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.**
**Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** Phone: **(787) 744-7699**



© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only