| | |
|---|---|
| *IN THE MATTER OF:*<br><br>*JOSE MISAEL MELECIO TORRES*<br><br>*xxx–xx–1443*<br>        Debtor(s) | Case No. 11–05919–ESL13 ESL<br><br>Chapter 13<br><br><br><br>FILED & ENTERED ON<br>*9/1/11* |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

    A hearing will be held at 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901 on Wednesday, November 2, 2011 at 09:00 AM to act upon the following matters:

CONFIRMATION HEARING

    Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015–2(e)(1).

San Juan, Puerto Rico, The 1st of September, 2011.

                                          *MARIA DE LOS ANGELES GONZALEZ*
                                          Clerk of the Court

                                          By:*PATRICIA DAVILA*
                                             Deputy Clerk